# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **DANA BERNHARDT et al.,** ) | |
| ) | |
| **Plaintiffs-Appellants,** ) | |
| ) | |
| v. ) | Case No. 21-7018 |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN et al.,** ) | |
| ) | |
| **Defendants-Appellees.** ) | |

### STATEMENT REGARDING UTILIZATION OF A DEFERRED APPENDIX

Pursuant to this Court's Order filed March 1, 2021 [1530091], Rule 30(c) of the Federal Rules of Appellate Procedure, and after conferring with opposing counsel, Plaintiffs-Appellants Dana Bernhardt et al. do not intend to utilize a deferred appendix.

Respectfully submitted,

     /s/ Kevin A. Hoffman
Randy D. Singer, Esq. (DCD Bar No. VA057)
Rosalyn K. Singer, Esq. (DCD Bar No. VA063)
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: rosalyn.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs-Appellants*