# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 21-7018
2. DATE DOCKETED: 03-01-2021
3. CASE NAME (lead parties only) Dana Bernhardt et al. v. Islamic Republic of Iran et al.
4. TYPE OF CASE: ☒ District Ct - ○ US Civil ● Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.       Bankruptcy Court Docket No.       Tax Court Docket No.
      Civil Action 1:18cv2739          Bankruptcy                        Tax
      Criminal                         Adversary
      Miscellaneous                    Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Timothy J. Kelly                     Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 01-28-2021   e. Date notice of appeal filed: 02-25-2021
   f. Has any other notice of appeal been filed in this case? ○ Yes ● No   If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ● No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes ● No
      If NO, why not? No transcripts are necessary as this case was decided on the pleadings.
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal #   ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ● No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?   ● Yes ○ No
      If YES, give popular name and citation of statute Anti-Terrorism Act, 18 U.S.C. 2333
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ● No   If so, provide program name and participation dates

Signature /s/ Kevin A. Hoffman                     Date 03-31-2021
Name of Party Dana Bernhardt et al.
Name of Counsel for Appellant/Petitioner Randy D. Singer, Rosalyn K. Singer, Kevin A. Hoffman
Address 1209 Laskin Road, Virginia Beach, VA 23451
Phone ( 757 ) 301-9995     Fax ( 757 ) 233-1084

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)