# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Dana Bernhardt et al.,

**v.**

Islamic Republic of Iran et al.

**Case No:** 21-7018

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Dana Marie Bernhardt | E.P. |
| Mary Lee Wise | Mary Heather Wise |
| Mindylou Paresi | Alexandria Vandenbroek |
| Elizabeth Santina Paresi | Additional parties listed on next page |

### Counsel Information

Lead Counsel: Randy D. Singer

Direct Phone: (757) 301-9992  Fax: (757) 233-1084  Email: randy.singer@singerdavis.law

2nd Counsel: Rosalyn K. Singer

Direct Phone: (757) 263-4156  Fax: (757) 233-1084  Email: rosalyn.singer@singerdavis.law

3rd Counsel: Kevin A. Hoffman

Direct Phone: (757) 598-5061  Fax: (757) 233-1084  Email: kevin.hoffman@singerdavis.law

Firm Name: Singer Davis, LLC

Firm Address: 1209 Laskin Road, Virginia Beach, VA 23451

Firm Phone: (757) 301-9995  Fax: (757) 233-1084  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**List of Additional Represented Parties:**

- Janet Paresi
- Terry Paresi
- Santina Cartisser