# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **DANA BERNHARDT et al.,** ) | |
| ) | |
| **Plaintiffs-Appellants,** ) | |
| ) | |
| v. ) | **Case No. 21-7018** |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN et al.,** ) | |
| ) | |
| **Defendants-Appellees.** ) | |

## PLAINTIFFS-APPELLANTS' CERTIFICATE

This Certificate is submitted by Dana Bernhardt et al. ("Plaintiffs-Appellants") as directed by the Court's Order filed March 1, 2021 [1530091].

**I.　　PARTIES AND AMICI**

Plaintiffs-Appellants submit the following as a list of known parties appearing in this Court in this matter:

- Dana Marie Bernhardt, Personally and as the Administratrix of the Estate of Jeremy Wise;

- E.P., by his Mother and Next Friend, Dana Marie Bernhardt;

- Mary Lee Wise;

- Mary Heather Wise;

- Mindylou Paresi, Personally and as the Administratrix of the Estate of Dane Paresi;

- Alexandria Vandenbroek;

- Elizabeth Santina Paresi;

- Janet Paresi;

- Terry Paresi;

- Santina Cartisser;

- HSBC Holdings Plc;

- HSBC Bank Plc;

- HSBC Bank USA, N.A.;

- HSBC North America Holdings Inc.

Plaintiffs-Appellants are not aware of any intervenors or amici appearing in this matter.

## II. RULINGS UNDER REVIEW

The following rulings issued by the United States District Court for the District of Columbia are at issue in this matter:

- Order granting Motion to Dismiss, ECF No. 37, dated November 16, 2020;

- Minute Order granting Plaintiffs' Unopposed Motion for Entry of Final Judgment as to the HSBC Defendants, dated January 28, 2021.

## III. RELATED CASES

This matter on review has not previously been before this Court, or any other court, and, to Plaintiffs-Appellants' knowledge, there are no related cases.


Respectfully submitted,

      /s/ Kevin A. Hoffman
Randy D. Singer, Esq. (DCD Bar No. VA057)
Rosalyn K. Singer, Esq. (DCD Bar No. VA063)
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Facsimile: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: rosalyn.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs-Appellants*